UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCIS OKAFOR,<br>   a/k/a/ "Jason Haddon,"<br>   a/k/a/ "Niro James,"<br><br>                          Defendant | Criminal No. 22-10095-DPW<br><br>**REDACTED**<br>*Leave to file granted Dec. 30, 2022 (Dkt. 47)* |

**GOVERNMENT'S SENTENCING MEMORANDUM**

The government respectfully submits this sentencing memorandum ▮▮▮▮▮▮▮▮▮▮ in connection with the sentencing of defendant Francis Okafor.

Between at least May 2018 through August 2021, Okafor participated in a conspiracy to steal more than $1 million from nearly 100 victims. Okafor's role was to open bank accounts into which victim funds were transferred and quickly withdraw the funds. In three years, Okafor opened at least 14 bank accounts at five banks using two different fraudulent passports. His victims, who were often elderly, were deprived of thousands of dollars, and in some instances, their life savings. ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮ Taking these factors into account, the government recommends that Okafor be sentenced to 30 months of incarceration, 24 months of supervised release, restitution of $1,130,285, forfeiture as provided in the plea agreement, and a $100 mandatory special assessment.

I.      **Overview of the Offense Conduct**

Okafor and his co-conspirators operated what is known as "romance" and "advance fee" scams. A romance scam is a type of fraud in which conspirators create fictitious profiles on online dating or social websites. Conspirators then use these online dating profiles to capitalize on their victims' desire to find companions, gain their trust, and, once that trust is gained, direct victims to transfer money under false pretenses. An advance fee scam is a type of fraud in which a victim believes they are providing money up front in order to obtain a greater amount of money at a later date—which date never comes. Okafor's role in the scheme was to open bank accounts using fake identity documents to receive victim funds, quickly withdraw funds after victims deposited money into those accounts, and transfer the money to co-conspirators. Between at least May 2018 through August 2021, Okafor used two fake identities—"Jason Haddon" and "Niro James"—to open 14 bank accounts at various local banks, including Bank of America, Citizens Bank, J.P. Morgan Chase Bank, Santander Bank, and TD Bank. More than $1 million in victim funds flowed through these accounts.

Among Okafor's victims was a woman in her early-70s from Chicago, who liquidated her retirement account and sent the proceeds to accounts Okafor and co-conspirators controlled. This victim sent the funds under the belief that they were for a U.S. Army officer stationed overseas whom she had met online and with whom she believed she was in a romantic relationship.

Another victim was a widow in her late-50s from Altamount, Kansas, who sent approximately $120,000 to accounts Okafor and his co-conspirators controlled. The victim sent these funds at the direction of her online boyfriend, whom she met after her husband died of cancer, who told her he needed the money for his diamond expedition and that she would be paid

back. This victim took out a $60,000 loan, secured by her two vehicles as collateral, at the direction of her purported boyfriend, to fund a portion of these transfers. The victim has been devastated by the scam and left financially vulnerable.

Okafor did not act alone; his co-conspirators include Macpherson Osemwegie, who opened 16 bank accounts at seven banks using four different fraudulent passports and caused a loss of nearly $690,000; Kelechi Umeh and Mike Amiegbe, who together opened more than 30 bank accounts at four different banks using ten different fraudulent passports and caused a loss of more than $1.3 million; Chukwunonso Umegbo, who opened 11 accounts at seven banks using three different fraudulent passports and caused a loss of approximately $570,000; Tiffany Simmons, who opened four accounts at three banks using one fraudulent passport and caused a loss of more than $310,000; and the local ringleader, Kofi Osei, who opened more than 70 accounts at nine banks using seven different fraudulent passports and caused a loss of more than $4 million. Combined, the conspiracy resulted in losses exceeding $10 million.[1]



---

[1] *See, e.g.*, *United States v. Oswemwegie*, No. 21-cr-10219-DJC; *United States v. Umeh*, 22-mj-1286-DLC; *United States v. Amiegbe*, No. 21-cr-10339-IT; *United States v. Umegbo*, No. 21-cr-10066-GAO; *United States v. Osei*, No. 21-cr-10064-IT. The government is not seeking to hold Okafor responsible for funds flowing through co-conspirators' accounts because these additional losses were not reasonably foreseeable to Okafor.

███████████████████████████████████████████████████
█████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████████████████

### III. Applicable Sentencing Guidelines

The parties and the Probation Office agree that Okafor's total offense level under the Sentencing Guidelines is 22. That calculation reflects a base offense level of 7 under Section 2B1.1(a)(1); a 14-level increase because the loss from the offense was more than $550,000 but not more than $1.5 million under Section 2B1.1(b)(1)(H); a 2-level increase because the offense involved 10 or more victims and resulted in substantial financial hardship to one or more victims under Section 2B1.1(b)(2)(A)(i) and (iii); a 2-level increase because the offense involved the possession or use of an authentication feature, namely the passport numbers on the fake passports used to open accounts, under Section 2B1.1(b)(11)(A)(ii); and a 3-level decrease for acceptance of responsibility under Section 3E1.1. The resulting Guidelines sentencing range is 41-51 months.

### IV. Sentencing Recommendation

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████ the government recommends a term of 30 months in prison.

> 1. *The Nature and Circumstances of the Offense and the History and Characteristics of the Defendant.*

Okafor's crime was serious and caused significant harm. He and his co-conspirators capitalized on lonely, often elderly, individuals' desire to find companions, using promises of love to persuade victims to wire large sums of money into accounts that Okafor and his co-conspirators opened using counterfeit foreign passports. Some of these victims depleted their life savings. While Okafor may not have wooed the victims, he surely understood that they were wiring large sums of money to accounts he opened in the names of individuals who did not exist. Once victims wired money to these accounts, Okafor stood ready to collect, withdrawing the funds within days of deposit. This readiness to withdraw the money so promptly is an indication of the degree of coordination among the members of the conspiracy, which, as noted above, obtained millions of dollars from victims. The losses the fraud caused in such a short period, the number and identity of the victims, and the sophisticated manner in which it was carried out are measures of the seriousness of the offense and counsel in favor of a lengthy term of imprisonment.

Additionally, nothing in Okafor's background mitigates his culpability. The PSR describes his good relationships with his parents and siblings where his basic needs were always met. PSR ¶ 67. He committed this offense as an adult with a history of employment who had been supporting himself legitimately and was in fact employed and earning an income when he committed this crime and had no need to steal. *Id.* ¶¶ 87-89. Indeed, he was working in law enforcement, as a Correction Officer at the Suffolk County Sherriff's Offices, when he was arrested. *Id.* ¶ 87.

At the same time, Okafor has no prior criminal record, and was living an otherwise law-abiding life, even working in law enforcement. He caused only a quarter of the losses of his co-

5

conspirator Osei, who recruited Okafor and others into the scheme with the lure of easy money.

██████████████████████████████████████████████████████████

██████████████████████████████████

   2. *The Need for the Sentence Imposed To Promote Respect for the Law and to Provide Just Punishment for the Offense.*

Here, Okafor's motive was purely personal gain. He understood that his gain in this scheme represented another's loss. He did not act out of coercion, duress, or desperation. His participation was not the result of a momentary lapse in judgment or weakness of will. Rather, he demonstrated a prolonged willingness to engage in an exploitation of victims for the sake of personal profit. For a financial crime, these factors point toward a meaningful term of imprisonment.

   3. *The Need for the Sentence Imposed to Afford Adequate Deterrence to Criminal Conduct*

General deterrence is particularly important here. Online scams taking advantage of the lonely and elderly are rampant. *See, e.g.*, Federal Trade Commission, "Reports of romance scams hit record highs in 2021," Feb. 10, 2022, available at https://www.ftc.gov/news-events/data-visualizations/data-spotlight/2022/02/reports-romance-scams-hit-record-highs-2021 (reported losses reached $547 million in 2021); Federal Trade Commission, "Romance scams take record dollars in 2020," Feb. 10, 2021, available at https://www.ftc.gov/news-events/blogs/data-spotlight/2021/02/romance-scams-take-record-dollars-2020 (reported losses reached $304 million); Federal Trade Commission, "New FTC Data Show Consumers Reported Losing More Than $200 Million to Romance Scams in 2019," Feb. 12, 2020, available at https://www.ftc.gov/news-events/press-releases/2020/02/new-ftc-data-show-consumers-reported-losing-more-200-million (reported losses reached $201 million, up 40% from 2018). The scam is easy to complete, and the huge amounts of money make it all too attractive to carry out.

Often, those "wooing" the victims are located overseas, out of the reach of the government's jurisdiction. But, they depend on participants in the United States, like Okafor, to accomplish the scheme. His sentence should reflect the need to deter the many others who might otherwise engage in the same sort of misconduct if there is to be any chance of driving down the hundreds of millions of dollars in losses to victims annually. *United States v. Martin*, 455 F.3d 1227, 1240 (11th Cir. 2006) ("Because economic and fraud-based crimes are more rational, cool and calculated then sudden crimes of passion or opportunity, these crimes are prime candidates for general deterrence.") (internal quotation omitted).

> 4. *The Need to Avoid Unwarranted Sentencing Disparities Among Defendants Guilty of Similar Conduct*

A sentence of 30 months is consistent with the sentence imposed on the only other co-conspirator to be sentenced thus far: Macpherson Osemwegie, who Judge Casper sentenced to 32 months in prison. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**V.     Conclusion**

For the reasons herein, the government recommends a sentence of 30 months imprisonment, 24 months of supervised release, restitution of $1,130,285, forfeiture as laid out in the parties' plea agreement, and a $100 mandatory special assessment.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>RACHAEL S. ROLLINS<br>United States Attorney</td></tr>
<tr><td>Dated: January 4, 2023</td><td>By:    <i>/s/ Kristen A. Kearney</i><br>       KRISTEN A. KEARNEY<br>       Assistant U.S. Attorney</td></tr>
</table>

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 4, 2023                    <i>/s/ Kristen A. Kearney</i>
                                                     KRISTEN A. KEARNEY
                                                     Assistant United States Attorney