Case 1:22-cr-10095-DPW   Document 80   Filed 02/05/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>FRANCIS OKAFOR | Case No: 1:22-cr-10095-DPW<br>USM No: 61911-509 |
| Date of Original Judgment: 01/23/2023<br>Date of Previous Amended Judgment: 09/13/2023<br>*(Use Date of Last Amended Judgment if Any)* | Keren Goldenberg<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __24__ months **is reduced to** __19 months__ , but **in no event less than time served on 2/1/2024.**

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __09/13/2023__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/05/2024

/s/ Douglas P. Woodlock
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Douglas P. Woodlock - Senior U.S. District Judge
*Printed name and title*